

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Gretchen Dawn Denny,          * From the 350th District Court
of Taylor County,
Trial Court No. 11797-D.

Vs. No. 11-18-00270-CR          * October 30, 2020

The State of Texas,          * Opinion by Stretcher, J.
(Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we reverse the trial court's judgment and render a judgment of acquittal.